# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BREANNAH WARNER, | : | No. 305 WAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JAMES CUMMINGS, GERI LYNN | : | |
| CUMMINGS, AND UNCHAINED CANINES, | : | |
| LLC, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 23rd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.